EINSTIEN v. OCKS.

*Appeal from Scott District Court.*

TUESDAY, OCTOBER 9.

BALDWIN, J.—The questions involved in this cause were determined by this court at the present term in the case of *Wiel et al* v. *Lowenthal,* reported in 10 Iowa 575.

Judgment reversed.